**FILED**

May 24, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-05-0190-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MATTHEW MC CALL, JR.,, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  MATTHEW MC CALL, JR., , Case No. CR.S-05-0190-GEB   , Charge   18USC § 922(g)(1), Felon In Possession of a Firearm and Ammunition  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __    Release on Personal Recognizance

   __    Bail Posted in the Sum of $_____

         __    Unsecured Appearance Bond

         __    Appearance Bond with 10% Deposit

         __    Appearance Bond with Surety

         __    Corporate Surety Bail Bond

         __    (Other)     Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 24, 2005  at  2:00 pm .

                              By   /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court