```
QUIN DENVIR, Bar No. 049374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Matthew McCall, Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW McCALL, Jr., ) <br> ) <br> Defendant. ) <br> _____) | No. CR S-05-0190 GEB <br><br><br><br><br> **STIPULATION AND [PROPOSED] ORDER** |

      Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the trial confirmation hearing scheduled for July 1, 2005 and the jury trial scheduled for July 19, 2005 should be vacated and the case should be set for status conference on Friday, August 12, 2005 at 9:00 a.m.  The defendant requires additional time in which to conduct further investigation and to meet with counsel for the government in order to determine whether the matter can be resolved without a trial.  The parties agree that time should be excluded through August 12, 2005 under Local Rule T-4.

```
                              McGREGOR W. SCOTT
                              United States Attorney


DATED:  June 30, 2005         /s/ Quin Denvir
                              Telephonically authorized to sign for
                              R. STEVEN LAPHAM
                              Assistant United States Attorney



DATED:  June 30, 2005         /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  July 1, 2005

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```