QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Matthew McCall, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )  No. CR S-05-0190 GEB
            Plaintiff,           )
                                 )
     v.                          )
                                 )
MATTHEW McCALL, Jr.,             ) **STIPULATION AND [PROPOSED]**
                                 ) **ORDER**
            Defendant.           )
_____)

        Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, Jr., by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for September 9, 2005 should be vacated and that the following motion schedule should be adopted:

        Defense motions due by September 23, 2005;

        Government response due by October 14, 2005;

        Defense reply due by October 21, 2005;

        Non-evidentiary hearing on October 28, 2005 at 9:00 a.m.
The parties further stipulate and agree that time should be excluded

1

through September 23, 2005 under Local Rule T-4.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: September 7, 2005    /s/ Quin Denvir
                                      Telephonically authorized to sign for
                                      R. STEVEN LAPHAM
                                      Assistant United States Attorney

DATED: September 7, 2005    /s/ Quin Denvir
                                      QUIN DENVIR
                                      Federal Defender

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: September 7, 2005

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge