```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-0190 GEB |
| Plaintiff, ) | STIPULATION RE: BRIEFING SCHEDULE FOR |
| v. ) | MOTION TO SUPPRESS |
| MATTHEW McCALL, JR., ) | |
| Defendant ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, as follows:

   Non-evidentiary hearing on the defendant's Motion to Suppress may be continued to November 4, 2005.  The government shall file its opposition brief by October 21, 2005.  The defendant's optional reply brief shall be filed by October 28, 2005.  The Speedy Trial Act is not an issue as the defendant is pending sentencing.

DATED: October 21, 2005

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                      s/R. Steven Lapham
                                     R. STEVEN LAPHAM
                                     Assistant U.S. Attorneys

1

1  DATED: October 21, 2005

3                                              s/Quin Denvir
                                            QUIN DENVIR
4                                           Federal Defender
                                            Counsel for Defendant
5                                             Matthew McCall, Jr.

7
                                        O R D E R
8
      IT IS SO ORDERED.
9
   Dated:   October 25, 2005
10

11                                          /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
12                                          United States District Judge

2