QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Matthew McCall, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                        )<br>                                )<br>MATTHEW McCALL, Jr.,           )<br>                                )<br>          Defendant.           )<br>_____) | No. CR S-05-0190 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, Jr., by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the due date for defendant's reply to the government opposition shall be November 4, 2005, that the non-evidentiary hearing on the motion to suppress calendared for November 4, 2005, should be vacated; and that the case should be set for

/ / / / /

/ / / / /

/ / / / /

1

evidentiary hearing on Friday, November 18, 2005 at 1:30 p.m.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: November 1, 2005    /s/ Quin Denvir
                                        Telephonically authorized to sign for
                                        R. STEVEN LAPHAM
                                        Assistant United States Attorney

DATED: November 1, 2005    /s/ Quin Denvir
                                        QUIN DENVIR
                                        Federal Defender

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: November 2, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge