QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Matthew McCall, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )  No. CR S-05-0190 GEB
            Plaintiff,          )
                                )
    v.                          )
                                )
MATTHEW McCALL, Jr.,            )  **STIPULATION AND [PROPOSED]**
                                )  **ORDER**
            Defendant.          )
_____)

       Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, Jr., by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the evidentiary hearing on the motion to suppress calendared for November 18, 2005, should be continued to

/ / / / /

/ / / / /

/ / / / /

Friday, January 13, 2006 at 1:30 p.m.

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney


DATED:  November 17, 2005    /s/ Quin Denvir
                              Telephonically authorized to sign for
                              R. STEVEN LAPHAM
                              Assistant United States Attorney


DATED:  November 17, 2005    /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender


**O R D E R**

IT IS SO ORDERED.

Dated:  November 18, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge