IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )   2:05-cr-0190-GEB
         v.                     )
                                )   ORDER
MATTHEW McCALL, Jr.             )
                                )
              Defendant.        )
_____)
```

On December 20, 2005, Defendant filed a request for appointment of counsel in which he seeks to have Mr. Quin Denvir be appointed under the Criminal Justice Act as co-counsel to assist the Office of the Federal Defender at the evidentiary hearing on Defendant's motion to suppress, scheduled for January 13, 2005.  (Req. For Appointment Of Counsel.)

Local Rule 81-191(d)(2) governs the appointment of additional counsel.  It states that "[a]ppointment and compensation of a second attorney shall be governed by Section 2.11 of Volume VII of the Guide to Judiciary Policies and Procedures," which authorizes a court to appoint more than one attorney "in an extremely difficult case where the court finds it in the interest of justice to [do so.]" The matter on which Defendant requests that an additional attorney be
///
///

1

1 appointed has not shown to be "an extremely difficult [matter.]"
2 Therefore, Defendant's request is denied.
3
4           IT IS SO ORDERED.
5 Dated: January 9, 2006
6
                                        /s/ Garland E. Burrell, Jr.
7                                       GARLAND E. BURRELL, JR.
                                        United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28