```
DENNIS WAKS, Bar No. 142581
Acting Federal Defender
NED SMOCK, Bar No. 236238
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Matthew McCall, Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MATTHEW McCALL, Jr.,<br><br>                Defendant. | No. CR S-05-0190 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, Jr., by his counsel, Assistant Federal Defender Ned Smock, hereby stipulate and agree that the evidentiary hearing on the motion to suppress calendared for January 13, 2006,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

should be continued to Friday, February 17, 2006 at 1:30 p.m.

Respectfully submitted,

DENNIS WAKS
Acting Federal Defender

DATED: January 12, 2006          /s/ Ned Smock
                                 NED SMOCK
                                 Assistant Federal Defender


                                 McGREGOR W. SCOTT
                                 United States Attorney

DATED: January 12, 2006          /s/ Ned Smock
                                 Telephonically authorized to sign for
                                 R. STEVEN LAPHAM
                                 Assistant United States Attorney


**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: January 13, 2006

                                 /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

U.S. v. McCall
05cr00190
Stip/Proposed Order              2