1  DENNIS WAKS, Bar No. 142581
   Acting Federal Defender
2  NED SMOCK, Bar No. 236238
   801 I Street, Third Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  Matthew McCall

6

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,    )   CR S-05-0190 GEB
13                              )
                  Plaintiff,    )
14                              )
        v.                      )   **REQUEST FOR APPOINTMENT**
15                              )   **OF COUNSEL AND [PROPOSED]**
   MATTHEW MCCALL,              )   **ORDER**
16                              )
                  Defendant.    )
17 _____)

18         Defendant Matthew McCall hereby requests that the

19 appointment of the Office of the Federal Defender be terminated and

20 that Quin Denvir be appointed as his counsel.  Mr. Denvir has been

21 handling the case since the Office was appointed by the Court.  Mr.

22 Denvir retired from the office as of December 31, 2005.  Mr. Denvir

23 has been approved by the Panel Selection Committee as a member of

24 the CJA Panel.

25 ///

26 ///

27 ///

28 ///

                                  1

1       The defendant would like the appointment of the Office
2  terminated and Mr. Denvir appointed as his new counsel, effective as
3  of the date the Court signs this order.
4
5  January 11, 2006                Respectfully submitted,
6
7                                  /s/ Ned Smock
                                   NED SMOCK
8
                                   Attorney for Matthew McCall
9
10 I have read and agree to the termination of the Federal Defenders
11 Office and the appointment of Quin Denvir as my attorney of record.
12
13 January 14, 2006               /s/ Matthew McCall
                                  MATTHEW MCCALL (Original retained
14                                By attorney)
15
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
16
17 Dated:   January 25, 2006
18
                                   /s/ Garland E. Burrell, Jr.
19                                 GARLAND E. BURRELL, JR.
                                   United States District Judge
20
21
22
23
24
25
26
27
28

United States v. McCall
05-190 GEB
Req. Appt. New Counsel            2