UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States
  -vs-
Matthew McCall                     **Docket No. 2:05-CR-00190 GEB**

**COMES NOW** Steven J. Sheehan, U.S. Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Matthew McCall, who was placed on bond by the Honorable Gregory G. Hollows, sitting in the Court at Sacramento, California, on the 24th day of May, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS:** Please see attached.

**OFFENSE:**  18:922(g)(1)-Felon In Possession of Firearm and Ammunition

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was arrested by Sacramento Police Department Officers on April 27, 2006, in criminal case# 06F03645, charged with Murder(PC 187). He is currently being held without bail in Sacramento County Jail.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for said defendant.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.
**TELEPHONE NUMBER:** On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct.

                                                          Respectfully submitted,

                                                          /s/ Steven J. Sheehan

                                                          Steven J. Sheehan
                                                          Pretrial Services Officer
                                                          DATE:  May 9, 2006

***ORDER***

_XX__  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ no bail.

_____  The Court hereby orders this ex parte motion and order be sealed.

_____  The Court orders a summons be issued with an appearance date of _____.

_____  The Court hereby orders this matter placed on this court's calendar on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____  The Court orders no action be taken.

                                                         *Considered and ordered this 9th day of*
                                                         *May, 2006, and ordered filed and*
                                                         *made a part of the records in the above case.*

                                                         */s/ Gregory G. Hollows*
                                                         _____
                                                         *U.S. Magistrate Judge*

*mccall.ord*

*rev. 8/99*

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the Pretrial Services Officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used; and

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer.

**CHRONOLOGY OF EVENTS:**

On May 24, 2005, the defendant was ordered released on $10,000 bond, co-signed by a family member, with Pretrial Services supervision and the above-noted special conditions of release. On April 27, 2006, he was arrested on a Murder charge in Sacramento County. The defendant's next court date is unknown. Mr. McCall appears to have retained counsel in the murder case.

On May 5, 2006, Pretrial Services requested information from the Sacramento Police Department, Homicide Unit, as to the allegations and current charges pending against the defendant. The defendant's case is currently set for a status conference before U.S. District Court Judge Burrell, Jr., on June 16, 2006.