QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Matthew McCall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR S-05-0190 GEB |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER** |
| MATTHEW McCALL, | ) |
| Defendant. | ) |

    Plaintiff United States, by its counsel, Assistant United States Attorney Stephen Lapham, and defendant, by his counsel, Quin Denvir, hereby stipulate and agree that the status conference currently calendared for June 16, 2006 should be continued to July 7, 2006 at 9:00 a.m.  Defendant has a state case pending, it is necessary for defense counsel to coordinate the two cases.  Defense counsel also needs time in which to meet with the government to try to resolve the matter.  The parties

/ / / / /

U.S. v. McCall, 05-0431 DFL
Stip/Proposed Order

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  agree that time should be excluded under Local Code T-4 through
 2  July 7, 2006.
 3                                    Respectfully submitted,
 4                                    McGREGOR SCOTT
 5                                    United States Attorney
 6
 7  Dated:  June 15, 2006             /s/ Quin Denvir
                                      Telephonically authorized
 8                                    to sign for
                                      STEPHEN LAPHAM
 9                                    Assistant U. S. Attorney
10
11
12                                    ROTHSCHILD, WISHEK & SANDS LLP
13
14  Dated:  June 15, 2006             /s/ Quin Denvir
                                      QUIN DENVIR
15                                    Attorneys for Matthew McCall
16
17
18
19                        O R D E R
20
    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
21
    DATED:  June 19, 2006
22
                                      /s/ Garland E. Burrell, Jr.
23
                                      GARLAND E. BURRELL, JR.
24                                    United States District Judge
25
26
27
28

    U.S. v. McCall, 05-0431 DFL          2
    Stip/Proposed Order
```

PDF created with pdfFactory trial version www.pdffactory.com