QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-05-0190 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER |
| MATTHEW McCALL, | |
| Defendant. | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Steven Lapham, and defendant Matthew McCall, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for Friday, July 7, 2006 should be continued to Friday, August 4, 2006 at 9:00 a.m.

The parties further agree that time should be excluded to and including August 4, 2006 under Local Code T-4. Counsel

require additional time in which to discuss a possible resolution of the case.

                                      Respectfully submitted,

                                      MACGREGOR SCOTT
                                      United States Attorney

DATED: July 5, 2006        /s/ Quin Denvir
                                      Telephonically authorized to sign
                                        for STEVEN LAPHAM
                                        Assistant U. S. Attorney

DATED: July 5, 2006        /s/ Quin Denvir
                                        QUIN DENVIR
                                        Attorney at Law
                                        Attorney for Defendant
                                        Matthew McCall

## O R D E R

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED.

DATED: July 7, 2006        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, Jr.
                                        United States District Judge