QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Matthew McCall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR S-05-0190 GEB |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER** |
| MATTHEW McCALL, | ) |
| Defendant. | ) |

Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Stephen Lapham, and defendant Matthew McCall, by his attorney, Quin Denvir, hereby stipulate and agree that the status conference currently calendared for August 4, 2006 should be continued to September 15, 2006 at 9:00 a.m.  The parties further agree that time should be excluded through September 15, 2006 under Local Code T-4.

U.S. v. McCall, 05-0431 DFL
Stip/Proposed Order

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Defense counsel requires additional time in which to
2  discuss a possible resolution of the case with the United States
3  Attorney and also with his client.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: August 3, 2006        /s/ Quin Denvir
                             Telephonically authorized
                             to sign for
                             STEPHEN LAPHAM
                             Assistant U. S. Attorney


                             ROTHSCHILD, WISHEK & SANDS LLP

Dated: August 3, 2006        /s/ Quin Denvir
                             QUIN DENVIR
                             Attorneys for Matthew McCall


**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 4, 2006

/s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.
United States District Judge

U.S. v. McCall, 05-0431 DFL           2
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com