QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Matthew McCall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MATTHEW McCALL,<br><br>        Defendant. | No. CR S-05-0190 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for Friday, September 15, 2006 should be continued to Friday, October 27, 2006 at 9:00 a.m.

The parties further agree that time should be excluded to and including October 27, 2006 under Local Code T-4.  Defense counsel has to inspect the physical evidence in the case, and

the government has agreed to arrange an inspection.  In addition, defense counsel must consult with the defendant's lawyer in a pending state case.

```
                                  Respectfully submitted,

                                  McGREGOR SCOTT
                                  United States Attorney


Dated:  September 13, 2006        /s/ Quin Denvir
                                  Telephonically authorized
                                  to sign for
                                  STEVEN LAPHAM
                                  Assistant U. S. Attorney



                                  ROTHSCHILD WISHEK & SANDS LLP


Dated:  September 13, 2006        /s/ Quin Denvir
                                  QUIN DENVIR
                                  Attorneys for Matthew McCall
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:  September 15, 2006

```
                                  /s/ Garland E. Burrell, Jr.

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge
```

U.S. v. McCall, 05-0190 GEB
Stip/Proposed Order

2

PDF created with pdfFactory trial version www.pdffactory.com