```
 1  QUIN DENVIR, Bar No. 49374
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F Street, Suite 200
    Sacramento, CA 95814
 3  (916) 444-9845

 4  Attorneys for Defendant
    Matthew McCall
 5
```

**FILED**

OCT 27 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-05-0190 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER |
| MATTHEW McCALL, | |
| Defendant. | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for Friday, October 27, 2006 should be continued to Friday, December 1, 2006 at 9:00 a.m.

The parties further agree that time should be excluded to and including December 1, 2006 under Local Code T-4. Defense counsel has to inspect the physical evidence in the case, and



the government has agreed to arrange an inspection.  In addition, defense counsel must consult with the defendant's lawyer in a pending state case, and must consult with his client regarding a possible disposition.

                              Respectfully submitted,

                              McGREGOR SCOTT
                              United States Attorney

Dated:   October 26, 2006      /s/ Quin Denvir
                              Telephonically authorized
                              to sign for
                              STEVEN LAPHAM
                              Assistant U. S. Attorney


                              ROTHSCHILD WISHEK & SANDS LLP

Dated:   October 26, 2006      /s/ Quin Denvir
                              QUIN DENVIR
                              Attorneys for Matthew McCall


                                    **O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:   October 26, 2006                            
                              GARLAND E. BURRELL, Jr.
                              United States District Judge