QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Matthew McCall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR S-05-0190 GEB |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER** |
| MATTHEW McCALL, | ) |
| Defendant. | ) |

Plaintiff United States of America, by its counsel, Assistant United States Attorney R. Steven Lapham, and defendant Matthew McCall, by his attorney, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for Friday, December 1, 2006 should be continued to December 15, 2006 at 9:00 a.m.

The parties further agree that time should be excluded through December 15, 2006 under Local Code T-4.

U.S. v. McCall, 05-0190 GEB
Stip/Proposed Order

1

PDF created with pdfFactory trial version www.pdffactory.com

1    Defense counsel is in the process of arranging to inspect
2 the physical evidence.  Defense counsel must consult with
3 counsel in defendant's state case.

                              Respectfully submitted,

                              McGREGOR SCOTT
                              United States Attorney


Dated:  November 27, 2006     /s/ Quin Denvir
                              Telephonically authorized
                              to sign for
                              STEVEN LAPHAM
                              Assistant U. S. Attorney



                              ROTHSCHILD WISHEK & SANDS LLP


Dated:  November 27, 2006     /s/ Quin Denvir
                              QUIN DENVIR
                              Attorneys for Matthew McCall




                         **O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:  November 30, 2006


                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge


U.S. v. McCall, 05-0190 GEB            2
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com