FILED
NOV 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )       2:05-cr-00190-GEB
            Plaintiff,              )
                                    )
    v.                              )       ORDER FOR RELEASE OF PERSON
                                    )       IN CUSTODY
MATTHEW McCALL, Jr.,                )
                                    )
            Defendant.              )
_____)

TO UNITED STATES MARSHALL:

    This Order authorizes and directs you to release Matthew McCall, Jr., from custody *to the probation officer.*

Dated: 11-5-10

_____
United States District Judge

1