```
FILED
February 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>              Plaintiff,                        )<br>v.                                                    )<br>                                                        )<br>MATTHEW MCCALL,                    )<br>                                                        )<br>              Defendant.                     ) | CASE NUMBER: 2:05-cr-00190-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _Matthew McCall_ ; Case _2:05-cr-00190-GEB_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _      Release on Personal Recognizance

    _      Bail Posted in the Sum of _____

    _      Unsecured Appearance Bond in the amount of $

    _      Appearance Bond with 10% Deposit

    _      Appearance Bond secured by Real Property

    _      Corporate Surety Bail Bond

    X      (Other) _Pretrial Supervision/Conditions._

Issued at _Sacramento, CA_ on _2/14/2011_ at 2:00 p.m.

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge